# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

United States of America,

                Plaintiff,        Case No. 17-cr-20464

v.                                   Judith E. Levy
                                    United States District Judge

Atheir Amarrah, *et al.*,

                                    Mag. Judge Elizabeth A.
              Defendants.   Stafford

_____/

## ORDER STRIKING ANAN SALLOUM'S MOTION TO SEAL [268] AND SEALING ANAN SALLOUM'S DOCUMENT RELATED TO MOTION TO REMOVE GOVERNMENT LIEN [265]

The Court has reviewed *pro se* filer Anan Salloum's motion to seal. (ECF No. 268.) The Court strikes that document because it is improperly filed. As the Court previously warned, Dr. Salloum cannot file motions on behalf of her husband. (ECF No. 267, PageID.5477 (citing *Zanecki v. Health All. Plan of Detroit*, 576 F. App'x 594, 595 (6th Cir. 2014)).) Additionally, she did not file a motion to intervene or to otherwise appear.[1] Accordingly, the document (ECF No. 268) is STRICKEN and not

---

[1] The Federal Rules of Criminal Procedure do not describe how third-parties may appear in criminal cases. *See United States v. Rakhit*, No. 1:18CR33, 2021 WL

part of the record. The Court warns Dr. Salloum that any future improper filings will also be stricken.

The Court will also seal the "motion follow up" filed by Dr. Salloum and docketed on January 12, 2024. (ECF No. 265.) This document appears to be related to her motion to remove government lien. (ECF No. 262.) The Court will seal this document because it contains the names of minors.

IT IS SO ORDERED.

Dated: March 18, 2024         s/Judith E. Levy
Ann Arbor, Michigan           JUDITH E. LEVY
                              United States District Judge

---

1145626, at *5 (N.D. Ohio Mar. 25, 2021) ("It is true that the Federal Rules of Criminal Procedure make no reference to a motion to intervene and that it is, therefore, rare for a third party to intervene in a criminal action . . . . Nonetheless, exercising their inherent power to manage their cases, federal courts have permitted third parties to appear in criminal cases under certain circumstances.") (collecting cases); *see also United States v. Perry*, 360 F.3d 519, 532 n.10 (6th Cir. 2004) ("A requirement that a party either intervene or attempt to intervene seems inappropriate in this unusual case, because no mechanism exists for a private citizen to intervene in a criminal case. Thus, we have not always required intervention.").

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 18, 2024.

<u>s/William Barkholz</u>
WILLIAM BARKHOLZ
Case Manager